UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO. 3:21-cv-01041-TKW-HTC

**ACQUINETTA LUMZY,** an individual**,**

    **Plaintiff,**

vs.

**KATOEN NATIE SPECIALITY CHEMICALS INC.,** a Delaware Corporation, and
**INSPERITY PEO SERVICES, L.P.,** a Delaware Limited Partnership**.,**

    **Defendant.**
_____/

## MEDIATION REPORT

In accordance with the Court's Mediation Order, a mediation was held on June 30, 2022, and the result of the mediation is as follows:

    Settled in mediation; the parties have reached an agreement.

        Respectfully submitted,

        By:*/s/ Ria N. Chattergoon*
        Ria N. Chattergoon, Esquire
        Fla. Bar No.: 015099
        Email: ria@therclawgroup.com
        RC LAW GROUP
        3900 Hollywood Boulevard,
        Suite 301,
        Hollywood, FL 33021
        Telephone: (954) 400-1620
        Facsimile: (954) 400-1676
        *Court-Appointed Mediator*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of July, 2022, a true and correct copy of the foregoing Mediation Report has been filed with the Clerk of Court using the Florida Courts E-Filing Portal and served via E-Service upon counsel of record

By:*/s/ Ria N. Chattergoon*
Ria N. Chattergoon, Esquire
Mediator

## **SERVICE LIST**

| **Mika Hilaire, Esq.**<br>Equal Rights Law Group<br>15233 Ventura Boulevard,<br>Suite 420<br>Sherman Oaks, CA 91403<br>Email: mika@equalrightslawgroup.com<br><br>**Benjamin Lloyd Crump, Esq.**<br>Ben Crump Law PLLC<br>122 S Calhoun Street,<br>Tallahassee, FL 32301<br>Email: Court@Bencrump.Com<br><br>*Counsel for Plaintiff* | **Lisa M. Mckellar Poursine, Esq.**<br>Mckellar Poursine PLLC - Miami FL<br>777 Brickell Avenue<br>Suite 500<br>Email: lisa@mckellarpoursine.com<br><br>*Counsel for Defendant* |
|---|---|

2