UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ACQUINETTA LUMZY**,

    **Plaintiff**,

v.           Case No. 3:21cv1041-TKW-HTC

**KATOEN NATIE SPECIALTY CHEMICALS INC.**,

    **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the parties' stipulation of dismissal with prejudice (Doc. 34), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 16th day of August, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**